| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**McCARTER & ENGLISH, LLP**<br>Lisa S. Bonsall, Esq.<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>E-mail: lbonsall@mccarter.com<br><br>*Special Counsel to Nancy Isaacson, Ch. 7*<br>*Trustee/Plaintiff* | |
| In re:<br><br>REVIVAL HOLDINGS, LLC,<br><br>      Debtor. | Chapter 7 Proceeding<br><br>Case No. 22-19146 (VFP)<br><br>Hon. Vincent F. Papalia |
| NANCY ISAACSON, CHAPTER 7 TRUSTEE,<br><br>v.<br><br>SACHS CAPITAL FUND II, LLC; SACHS CAPITAL PARTNERS, LLC; REVIVAL LOC, LLC; ANDREW SACHS; MICHAEL CANIZALES; ROBERT HENLEY; and PETER MANNING,<br><br>      Defendants. | Adv. Pro. No.: 23-01029 (VFP)<br><br><br>**Hearing Date: June 18, 2024 @ 10 a.m.**<br>**Objection Deadline:  June 11, 2024** |

1

ME1 48300805v.1

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN
ORDER APPROVING SETTLEMENT AGREEMENT AND
MUTUAL RELEASES BY AND AMONG
THE TRUSTEE, MICHAEL CANIZALES AND PETER MANNING**

**PLEASE TAKE NOTICE** that the undersigned counsel for Nancy Isaacson, in her capacity as the chapter 7 trustee (the "Trustee") to the bankruptcy estate of Revival Holdings, LLC in the above-captioned case, will move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey on **June 18, 2024 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard, for an order granting the relief sought in the *Motion of the Chapter 7 Trustee for Entry of Order Approving Settlement Agreement and Mutual Releases By and Among the Trustee, Michael Canizales and Peter Manning* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion (each, an "Objection") must be filed with the Clerk of Court together with proof of service thereof, and served so as to be actually received no later than **June 11, 2024** (the "Objection Deadline") by the undersigned counsel. Objections, if any, must: (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court; and (c) state with particularity the legal and factual bases for the objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(a)(2), because there are no novel issues of law presented herein, the Trustee respectfully requests that the Court waive the requirement that the Trustee file a memorandum of law in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-3(d), oral argument is waived unless an Objection is timely filed and served.

ME1 48300805v.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-

1(a)(4) a proposed form of Order incorporating the relief sough is submitted herewith.

Dated: May 17, 2024
          Newark, New Jersey                **MCCARTER & ENGLISH, LLP**

                                      */s/ Lisa S. Bonsall*
                                      Lisa S. Bonsall
                                      Four Gateway Center
                                      100 Mulberry Street
                                      Newark, NJ  07102
                                      Telephone: (973) 622-4444
                                      Facsimile:  (973) 624-7070
                                      Email: lbonsall@mccarter.com

ME1 48300805v.1